UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Joseph T. and
Tiffany L. Bachart,                         :        Chapter 13
                                            :
            Debtors.                        :        Bky. No. 20-10879 (PMM)

## Order Converting Case to Chapter 7 with Regard to Debtor Tiffany L. Bachart Only

**AND NOW**, upon consideration of the Debtor Tiffany L. Bachart ("Debtor Wife")'s Motion to Convert Case to Chapter 7 (doc. #38, the "Motion");

AND the above-captioned case having been filed jointly by Debtor Wife and Joseph T. Bachart on February 13, 2020;

AND the case not having been previously converted;

AND 11 U.S.C. §1307(a) allowing a debtor to convert a chapter 13 bankruptcy to a chapter 7 "at any time;"

It is hereby **ordered** that:

1)   The Motion is **granted**;

2)   This case is hereby **converted** from chapter 13 to chapter 7 **with regard to Debtor Wife only**;

3)   Debtor Wife must file amended schedules in her separate Chapter 7 case on or before **January 13, 2022**.

Dated: 12/30/21

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE